Page: 1

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 8:13-BK-00413 KRM  
**Case Name:** DUVIGNAUD, GUIRLENE  

**Period Ending:** 09/30/13

**Trustee:** (290039)   RICHARD M. DAUVAL  
**Filed (f) or Converted (c):** 01/14/13 (f)  
**§341(a) Meeting Date:** 02/15/13  
**Claims Bar Date:** 05/20/13

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) abandon. | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | Location: 7830 17TH ST CT E, Sarasota, Parcel ID<br>  Orig. Asset Memo: Imported from original petition Doc# 1; | 68,013.00 | 0.00 | | 0.00 | FA |
| 2 | Location: 15412 Telford Spring Dr., Ruskin 33575<br>  Orig. Asset Memo: Imported from original petition Doc# 1;  (See Footnote) | 111,172.00 | 0.00 | | 0.00 | 111,172.00 |
| 3 | Cash in wallet<br>  Orig. Asset Memo: Imported from original petition Doc# 1; | 10.45 | 0.00 | | 0.00 | FA |
| 4 | Suncoast Federal Credit Union - Suffix 50 Regula<br>  Orig. Asset Memo: Imported from original petition Doc# 1; | 47.00 | 0.00 | | 0.00 | FA |
| 5 | Suncoast Federal Credit Union - Suffix: 00 Savin<br>  Orig. Asset Memo: Imported from original petition Doc# 1; | 5.00 | 0.00 | | 0.00 | FA |
| 6 | BB&T Bright Banking account ending in 1297 (Acco<br>  Orig. Asset Memo: Imported from original petition Doc# 1; | 0.00 | 0.00 | | 0.00 | FA |
| 7 | BB&T Regular Savings account ending in 0559<br>  Orig. Asset Memo: Imported from original petition Doc# 1; | 15.00 | 0.00 | | 0.00 | FA |

Page: 2

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 8:13-BK-00413 KRM  
**Case Name:** DUVIGNAUD, GUIRLENE  

**Period Ending:** 09/30/13  

**Trustee:** (290039)   RICHARD M. DAUVAL  
**Filed (f) or Converted (c):** 01/14/13 (f)  
**§341(a) Meeting Date:** 02/15/13  
**Claims Bar Date:** 05/20/13  

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) abandon. | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 8 | Security Deposit with TELCO - 702 N Frankin St.<br>   Orig. Asset Memo: Imported from original petition Doc# 1; | 225.00 | 0.00 | | 0.00 | FA |
| 9 | Sofa, Wall Unit, Kitchen table, 4 Chairs, Dining<br>   Orig. Asset Memo: Imported from original petition Doc# 1; | 1,660.00 | 0.00 | | 0.00 | FA |
| 10 | Wooden Afrikan Mask, DVDs, Framed prints<br>   Orig. Asset Memo: Imported from original petition Doc# 1; | 100.00 | 0.00 | | 0.00 | FA |
| 11 | Debtor's Clothing<br>   Orig. Asset Memo: Imported from original petition Doc# 1; | 50.00 | 0.00 | | 0.00 | FA |
| 12 | Metal looking Jewelry<br>   Orig. Asset Memo: Imported from original petition Doc# 1; | 100.00 | 0.00 | | 0.00 | FA |
| 13 | Humana Retirement Savings Plan<br>   Orig. Asset Memo: Imported from original petition Doc# 1; | 6,733.58 | 0.00 | | 0.00 | FA |
| 14 | Montefiore Medical Center Tax Deferred Annuity P<br>   Orig. Asset Memo: Imported from original petition Doc# 1; | 125.41 | 0.00 | | 0.00 | FA |

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

Page: 3

| **Case Number:** | 8:13-BK-00413 KRM | **Trustee:** | (290039) | RICHARD M. DAUVAL |
| --- | --- | --- | --- | --- |
| **Case Name:** | DUVIGNAUD, GUIRLENE | **Filed (f) or Converted (c):** | 01/14/13 (f) | |
| | | **§341(a) Meeting Date:** | 02/15/13 | |
| **Period Ending:** | 09/30/13 | **Claims Bar Date:** | 05/20/13 | |

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) abandon. | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
| --- | --- | --- | --- | --- | --- | --- |
| 15 | 2007 Honda Accord VIN: 3HGCM56427G706743 Conditi<br>Orig. Asset Memo: Imported from original petition Doc# 1; | 5,425.00 | 2,324.45 | | 0.00 | FA |
| 16 | Possible 2012 tax refund  (See Footnote) | 0.00 | 1,000.00 | | 0.00 | 1,000.00 |
| 16 | **Assets**      **Totals**  (Excluding unknown values) | **$193,681.44** | **$3,324.45** | | **$0.00** | **$112,172.00** |

RE PROP# 2       Attempting to short sell the home and create carve out for the estate. Current Trustee Value
reflects Trustee's good faith estimate as to carve out to be negotiated for the benefit of the
Estate.

RE PROP# 16      awaiting to see value of 2012 tax refund

**Major Activities Affecting Case Closing:**

09/30/13: all progress wiht BoA on short sale attempt have gone dry. I am going to market the surrendered home to phantom equity investors. Email went out today
07/26/13: we have made significant inroads with BoA. Sent email to Crane to see if he could run this one by his new contact at BoA.
06/26/13: we are holding off to see what Bank of America does with these deals.
05/31/13: property is now under contract. Emailed Crane to see if he wants the contract / HUD or wait to hear whther BoA is going to do these deals.
04/24/13: filed app to employ listing agent and order: EE9HA9CFVF
04/04/13: rec'd 2012 tax return, she owes $12k to IRS.
03/22/13: property placed on eBroker. Email to DA looking for 2012 tax return.
03/18/13: listing agent provided documents to hire listing agent
02/15/13: filed NOA,

home only

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

Page: 4

**Case Number:** 8:13-BK-00413 KRM
**Case Name:** DUVIGNAUD, GUIRLENE

**Trustee:** (290039) RICHARD M. DAUVAL
**Filed (f) or Converted (c):** 01/14/13 (f)
**§341(a) Meeting Date:** 02/15/13

**Period Ending:** 09/30/13

**Claims Bar Date:** 05/20/13

| 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property)<br>Ref. # | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) abandon. | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|

**Initial Projected Date Of Final Report (TFR):** March 15, 2014      **Current Projected Date Of Final Report (TFR):** March 15, 2014