**UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION**

In re:                                                                              Case No. 8:13-bk-00413-KRM
    Guirlene Duvignaud                                            Chapter 7

      Debtor(s).
_____/

**REPORT AND NOTICE OF INTENTION TO SELL PROPERTY OF THE ESTATE**

> **NOTICE OF OPPORTUNITY TO OBJECT AND FOR HEARING**
> **Pursuant to local rule 2002-4, the Court will consider this pleading without further notice or hearing unless a party in interest files an objection within 21 days from the date this paper is entered on the docket. If you object to the relief requested in this paper, you must file your objection with the Clerk of the Court at Sam M. Gibbons Courthouse, 801 N. Florida Ave., #555, Tampa, FL 33602-3899, and serve a copy on the Trustee, Richard M. Dauval, PO Box 13607, St. Petersburg, FL 33733, and any other appropriate person(s).**
> **If you file and serve an objection within the time permitted, the Court may schedule a hearing and you will be notified. If you do not file an objection within the time permitted, the Court will consider that you do not oppose the granting of the relief requested in the paper, will proceed to consider the paper without further notice or hearing, and may grant the relief requested.**

TO:    Creditors, Debtors and Parties in Interest

      Richard M. Dauval, the Trustee duly appointed and acting for the above-captioned estate reports that the Trustee intends to sell 21 days from the date this paper is entered on the docket, the following property of the estate of the Debtor under the following terms and conditions:

      Description of Property: 15412 Telford Spring Dr., Ruskin, FL 33575. More particularly described as:

**LOT 22, BLOCK 293, SPRING HILL, UNIT 6, AS PER PLAT THEREOF RECORDED IN PLAT BOOK 8, PAGES 1-10, PUBLIC RECORDS OF HERNANDO COUNTY, FLORIDA.**

1. Manner of Sale: Private

2. Terms of Sale: Cash or Cashier's Check

   a. To: Telford Land Trust

b. Sale Price: $2,500.00

c. All right, title, and interest of bankruptcy estate, if any.

d. Subject to all liens and encumbrances, if any. No warranties of no liens. No warranties of any kind. Liens included on the Debtor's Schedule D include:

| Lienholder | Amount | Nature of Secured Interest |
|---|---|---|
| **Bank of America**<br>**450 American St**<br>**Simi Valley, CA 93065** | **$182,867.00** * | **First Mortgage** |
| **Bank of America**<br>**450 American St**<br>**Simi Valley, CA 93065** | **$45,745.00** * | **Second Mortgage** |

**\* As per the Debtor(s) bankruptcy schedules**

The Trustee will entertain any higher bids for the purchase of the assets of the Debtor that the Trustee proposes to sell. Such bids must be in writing and accompanied by a deposit of 100% of the proposed higher purchase price. Any higher bid must be received by the Trustee at the address listed below no later than the close of business 21 days from the date of mailing, as indicated in the Certificate of Service. If more than one bid has been received, an auction will occur among said bidder(s) after 21 days.

NOTICE IS HEREBY GIVEN that if no objection or request for hearing is filed and served within 21 days of the date of this report and notice, the property described herein will be sold without further hearing or notice pursuant to Local Bankruptcy Rule 6004-1.

Dated: November 26, 2013

                                            Respectfully submitted,

                                            /s/ Richard M. Dauval
                                            Richard M. Dauval, Trustee

Leavengood Dauval & Boyle
Richard M. Dauval
3900 First Street North Suite 100
St. Petersburg, FL  33703

| | | |
|---|---|---|
| DATE RECEIVED: Nov 26 2013 | TIME RECEIVED: 09:25AM | TOTAL SERVED: 18 |

# UNITED STATES BANKRUPTCY COURT
# MIDDLE DISTRICT OF FLORIDA

IN RE:  Guirlene Duvignaud

CASE NO: 8:13-bk-00413-KRM

**CERTIFICATE OF SERVICE**

Chapter: 7
ECF Docket Reference No.
Judge:
Hearing Location:
Hearing Date:
Hearing Time:
Response Date:

---

On 11/26/2013, a copy of the following documents, described below,

Report And Notice Of Intention To Sell Property Of The Estate,

were deposited for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing matrix exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

The undersigned does hereby declare under penalty of perjury of the laws of the United States that I have served the above referenced document(s) on the mailing list attached hereto in the manner shown and prepared the Certificate of Service and that it is true and correct to the best of my knowledge, information, and belief.

DATED: 11/26/2013

/s/ Jay S. Jump
BK Attorney Services, LLC
d/b/a certificateofservice.com, for
Leavengood Dauval & Boyle
Richard M. Dauval
3900 First Street North Suite 100
St. Petersburg, FL  33703

| | | |
|---|---|---|
| LABEL MATRIX FOR LOCAL NOTICING<br>113A-8<br>CASE 8-13-BK-00413-KRM<br>MIDDLE DISTRICT OF FLORIDA<br>TAMPA<br>TUE NOV 26 13-14-56 EST 2013 | BANK OF AMERICA N.A.<br>CO ERIK DEL ETOILE ESQ.<br>2727 WEST CYPRESS CREEK RD.<br>FT. LAUDERDALE FL 33309-1721 | BANK OF AMERICA N.A.<br>ELIZABETH R. WELLBORN P.A.<br>CO TAJI S. FOREMAN ESQ.<br>350 JIM MORAN BLVD. SUITE 100<br>DEERFIELD BEACH FL 33442-1721 |
| GUIRLENE DUVIGNAUD<br>15412 TELFORD SPRING DR.<br>RUSKIN FL 33573-0184 | KENNY HAYSLETT<br>REMAX REALTEC GROUP<br>1267 COURT STREET<br>CLEARWATER FL 33756-5807 | ~~K. RODNEY MAY~~<br>~~TAMPA~~ |
| AMERICAN HONDA FINANCE<br>P O BOX 168088<br>IRVING TX 75016-8088 | BANK OF AMERICA N.A.<br>450 AMERICAN ST<br>SIMI VALLEY CA 93065-6285 | CAP1BSTBY<br>PO BOX 5253<br>CAROL STREAM IL 60197-5253 |
| CAPITAL RECOVERY V LLC<br>CO RECOVERY MANAGEMENT SYSTEMS<br>25 SE 2ND AVENUE SUITE 1120<br>MIAMI FL 33131-1605 | CHELASALLIE MAE<br>ATTN- CLAIMS DEPARTMENT<br>PO BOX 9500<br>WILKES-BARRE PA 18773-9500 | CITIBANK<br>PO BOX 790034<br>ST LOUIS MO 63179-0034 |
| GECRBHH GREGG<br>PO BOX 981439<br>EL PASO TX 79998-1439 | GEMBBRANDSOURCE<br>ATTN- BANKRUPTCY<br>PO BOX 103104<br>ROSWELL GA 30076-9104 | INTERNAL REVENUE SERVICE<br>POST OFFICE BOX 7346<br>PHILADELPHIA PA 19101-7346 |
| ISLAND ONE INC.<br>2345 SAND LAKE ROAD STE 100<br>ORLANDO FL 32809-9120 | JAMES A MORRISH JR DDS PA<br>708 43RD ST W<br>BRADENTON FL 34209-3921 | ORTHO BANK<br>2146 CHAPMAN RD<br>CHATTANOOGA TN 37421-1689 |
| SALLIE MAE<br>P.O. BOX 9532<br>WILKES BARRE PA 18773-9532 | SALLIE MAE<br>CO SALLIE MAE INC.<br>220 LASLEY AVE.<br>WILKES-BARRE PA 18706-1496 | ~~UNITED STATES TRUSTEE - TPA7 +~~<br>~~TIMBERLAKE ANNEX SUITE 1200~~<br>~~501 E POLK STREET~~<br>~~TAMPA FL 33602-3949~~ |
| ~~JAMES SCOTT MILLS +~~<br>~~KAUFMAN ENGLETT & LYND~~<br>~~111 N MAGNOLIA AVENUE SUITE 1600~~<br>~~ORLANDO FL 32801-2367~~ | ~~TAJI S. FOREMAN +~~<br>~~LAW OFFICES OF ELIZABETH R WELLBORN PA~~<br>~~350 JIM MORAN BLVD. STE 100~~<br>~~DEERFIELD BEACH FL 33442-1721~~ | ~~STEFAN BEUGE +~~<br>~~PHELAN & HALLINAN PLC~~<br>~~2727 W CYPRESS CREEK ROAD~~<br>~~FT. LAUDERDALE FL 33309-1721~~ |
| ~~RICHARD M DAUVAL +~~<br>~~P.O. BOX 13607~~<br>~~ST. PETERSBURG FL 33733-3607~~ | ~~GILL ERIK DEL ETOILE +~~<br>~~PHELAN HALLINAN PLC~~<br>~~2727 W. CYPRESS CREEK RD.~~<br>~~FT. LAUDERDALE FL 33309-1721~~ | ~~KELLY CANFIELD +~~<br>~~PHELAN HALLINAN PLC~~<br>~~2727 WEST CYPRESS CREEK ROAD~~<br>~~FT LAUDERDALE FL 33309-1721~~ |

~~NOTE - ENTRIES WITH A "+" AT THE END OF NAME HAVE AN EMAIL ADDRESS ON FILE IN~~